# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

127866

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE ESTHER WIGGINS BERTLING
TRUST
_____

ESTHER WIGGINS BERTLING TRUST,
      Petitioner-Appellee,

v

THERESA CAULEY, JAMES M.
BERTLING, and LEE BERTLING, III,
      Respondents-Appellants.

SC: 127866
COA: 250555
Cheboygan Probate Court:
     02-012215-TV

_____/

      On order of the Court, the application for leave to appeal the October 21, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005



Clerk

p0919